**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Alfred Frem Boustany  II
Attorney At Law
P. O. Box 4626
Lafayette LA 70502

**REHEARING ACTION: May 9, 2018**

**Docket Number: 17   00657-KA**

**STATE OF LOUISIANA**
**VERSUS**
**KYVONTE LATRELL EAGLIN**

**Appealed from Jefferson Davis Parish Case No. CR-716-15**

**BEFORE JUDGES:**

   Hon. Sylvia R. Cooks
   Hon. Elizabeth A. Pickett
   Hon. Phyllis M. Keaty

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Kyvonte Latrell Eaglin** has this day been

   **DENIED.**
   Cooks, J.,  would grant the rehearing.

cc: Michael Cade Cassidy, Counsel for the Appellee
    Bennett R. LaPoint, Counsel for the Appellee